# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DIMAS SALAS, | ) |
| Plaintiff, | ) Case No. 1:16-cv-04244 |
| v. | ) |
| PEGGY LUK ENTERPRISES, INC. And YU W. WANG, | ) |
| Defendants, | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, Plaintiff Dimas Salas and Defendants Peggy Luk Enterprises, Inc. and Yu W. Wang, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its owns costs.

| | |
|---|---|
| /s/ Christopher B. Hall | /swep/ Sara E. Hamilton |
| Christopher B. Hall | Sara E. Hamilton |
| Ga. Bar No. 318380 | Ga. Bar No. 938514 |
| Gordon Van Remmen | Kurt A. Powell |
| Ga. Bar No. 215512 | Ga. Bar No. 586250 |
| HALL & LAMPROS, LLP | HUNTON & WILLIAMS LLP |
| 1230 Peachtree Street, NE | 600 Peachtree Street, N.E. |
| Suite 950 | Suite 4100 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30308 |
| (404) 876-8100 (Telephone) | (404) 888-4000 (Telephone) |
| (404) 876-3477 (Facsimile) | (404) 888-4190 (Facsimile) |

| | |
|---|---|
| chall@hallandlampros.com | kpowell@hunton.com |
| gordon@hallandlampros.com | shamilton@hunton.com |
| | |
| Counsel for Plaintiff Dimas Salas | Counsel for Defendants Peggy Luk Enterprises, Inc. and Yu W. Wang |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DIMAS SALAS,<br><br>      Plaintiff,<br><br>vs.<br><br>PEGGY LUK ENTERPRISES, INC.<br>and YU W. WANG,<br><br>      Defendants. | Civil Action File No.<br>1:16-CV-04244 |

## CERTIFICATE OF SERVICE

I do hereby certify that on this 3rd day of February, 2017, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to:

> Kurt A. Powell
> Sara E. Hamilton
> HUNTON & WILLIAMS LLP
> Bank of America Plaza
> Suite 4100
> 600 Peachtree Street, N.E.
> Atlanta, Georgia 30308

/s/ Christopher B. Hall